UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                      In Bankruptcy

**MONESHA McKENZIE**                      *Case No.: 09-45013-WS*
                                                                *Chapter 7*
                                                                 *Honorable WALTER SHAPERO*

_____Debtor (s)_____/

### NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $4.09 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR GE MONEY BANK d/b/a LOWES CONSUMER 25 SE 2nd Ave., Suite 1120 Miami, FL 33131 | 7 | $4.09 |

Dated: April 25, 2011

                                                   */s/ BASIL T. SIMON (P26340)____*
                                                   Chapter 7 Trustee
                                                   422 W. Congress, Suite 400
                                                   Detroit, MI 48226
                                                   313/962-6400
                                                   bsimon@sszpc.com